UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JAWON M. MARTIN,

        Plaintiff,

Case No. 1:21-cv-980

v.

Honorable Ray Kent

JOHN DAVIDS et al.,

        Defendants.

_____ /

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:   September 1, 2022              /s/ Ray Kent
                                                                     Ray Kent
                                                                     United States Magistrate Judge