UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAWON M. MARTIN,

    Plaintiff,

v.

JOHN DAVIDS, et al.,

    Defendants.

_____/

Case No. 1:21-cv-980

HON. JANE M. BECKERING

**ORDER**

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint under 42 U.S.C. § 1983.  Defendants filed a Motion for summary judgment (ECF No. 59), and Plaintiff filed his own Motion for summary judgment (ECF No. 61).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 22, 2024 (ECF No. 73), recommending that this Court grant Defendants' motion for summary judgment, deny Plaintiff's motion for summary judgment, dismiss Plaintiff's supplemental state law claims, and terminate this case.  The Report and Recommendation was duly served on the parties.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 29) is APPROVED and ADOPTED as the Opinion of the Court.

---

[1] Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender," "attempted – not known," and "unable to forward" (ECF No. 74).  Plaintiff has failed to keep the Court apprised of his current address.

**IT IS FURTHER ORDERED** that Defendants' Motion for summary judgment (ECF No. 59) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for summary judgment (ECF No. 61) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's supplemental state law claims are DISMISSED without prejudice.

A Judgment will be entered consistent with this Order.


Dated: July 1, 2024                                          /s/ Jane M. Beckering
                                                                                               JANE M. BECKERING
                                                                                               United States District Judge